ALLAN D. WIGHTMAN, Appellant, v. FRANK GANTERT, Respondent.— Order

granting defendant's motion for a bill of particulars affirmed, with ten dollars costs and disbursements; the bill to be furnished within ten days from service of a copy of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.